Chia-li Bruce (SBN 252876)
cshih@BruceStone.us
BRUCE STONE LLP
425 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:   (415) 230-4343
Facsimile:   (415) 236-6060

*Attorney for Plaintiff*
King Shen Co., Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

King Shen Co., LTD., a Taiwan Corporation, and David Tsai, an individual,

  Plaintiffs,

  v.

King Roof Industrial Co. Ltd., a Taiwan Corporation

  Defendant.

Case No.: 2:17-cv-03845-GW(MRWx)

**JOSEPH A. BRUCE'S OMNIBUS DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, MOTION TO QUASH FOR IMPROPER SERVICE; MOTION TO DISMISS FOR FORUM NON CONVENIENS.**

I, Joseph A. Bruce, do hereby declare say, swear, certify, and affirm that:

I submit this affidavit in support of Plaintiff's Opposition to Defendant's Motion To Dismiss for Lack of Personal Jurisdiction, Motion to Quash for Improper Service, and Motion to Dismiss for Forum Non Conveniens. I have personal knowledge of the following:

1. I am an attorney for Plaintiffs, King Shen Co., Ltd. and Mr. David Tsai. I am admitted to practice law in the State of Indiana (SBN: 24034-49) and the Taiwan Bar (TBN: 102-WaiJianZhenZi-083). I am also a registered patent attorney with the United States Patent & Trademark Office (Registration No. 64210). My application for appearance *Pro Hac Vice* has not yet been submitted in this matter. I have previously appeared

OMNIBUS DECL. OF JOSEPH A. BRUCE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:17-CV-03845-GW(MRWX)

1

before this court in the case of King Sheng Co., Ltd. vs. Curt Manufacturing, LLC, case number 2:16-cv-03244 GW (MRWx).

2. Attached as Exhibit A is a true and correct copy of an excerpt of a report I obtained from Import Genius on June 22, 2016 showing records of King Roof Industrial Co. Ltd.'s ("KING ROOF") shipments to the port of Los Angeles. The report identifies the shipper name as "KING ROOF INDUSTRIAL CO., LTD." and the shipper's address is identified as "NO. 77, LANE 100, SHUITOU 1ST ROAD, WAIPU DISTRICT, TAICHUNG CITY, 43856 TAIWAN TEL:886-4-26832568". This report shows that between March 2010 to June 2016, KING ROOF made seventy-five (75) shipments to the port of Los Angeles. Each shipment contained hundreds of products. For example, the shipment made on June 15, 2016 alone contained over 661 cartons with a gross weight of 28,002 pounds.

3. KING ROOF made seventy-four (74) shipments to a consignee identified in Exhibit A as Hollywood Engineering Inc. ("Hollywood"), whose principal place of business is located at 12812 South Spring Street, Los Angeles, CA 90061. Hollywood offers for sale and sells bike racks into the State of California.

4. KING ROOF sells bike racks and related products under the brandname "Bn'B Rack" which are available for purchase by residents of California. Attached as Exhibit B is a true and correct copy of some of Bn'B Rack products available on Amazon.com as of June 26, 2017 (Taiwan time). On June 26, 2017 (Taiwan time), I purchased from Amazon.com a "BN'B Rack 6301 Swift Touring Universal Rear Bike Carrier" to be shipped it to an address in California. Attached as Exhibit C is a true and correct copy of the Amazon Order Details showing the purchase of the BN'B Rack.

5. In 2011, KING ROOF obtained a U.S. trademark for its Bn'B Rack branded products it imports and sells in the United States. Attached as Exhibit D is a true and correct copy of U.S. Patent and Trademark Office's Trademark Electronic Search record for TM

OMNIBUS DECL. OF JOSEPH A. BRUCE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:17-CV-03845-GW(MRWX)

2

Registration No. 3827805 that identifies "KING ROOF INDUSTRIAL CO. LTD." as the owner of the Bn'B Rack trademark.

6. In 2009, KING ROOF registered the domain name "bnbrack.com". Attached as Exhibit E is a true and correct copy of the ICANN WHOIS lookup result obtained from "https://whois.icann.org/en/lookup?name=bnbrack.com" visited on June 26, 2017 (Taiwan time) showing the WHOIS result for bnbrack.com. The registrant is identified as "KING ROOF INDUSTRIAL CO LTD" and the administrator and registrant email is listed as "jason.shen@kingroof.com" who is the Vice President of KING ROOF and provided the sworn declaration Doc. #14-1. Attached as Exhibit F is a true and correct copy of the website www.bnbrack.com obtained on June 26, 2017 (Taiwan time). Attached as Exhibit G is a true and correct copy of the website www.bnbrack.com contact page obtained on June 26, 2017 (Taiwan time) showing the address of No. 77, Ln. 100, Shuitou 1st Road, Wei Pu District, Taichung City 43856, Taiwan. The contact address for BnB Rack is the same address as KING ROOF INDUSTRIAL CO. LTD.

7. KING ROOF has promoted its Bn'B Rack brand as a U.S. brand. Attached as Exhibit H is a true and correct copy of the Taipei International Bicycle Exhibition manufacturer information in both English and Chinese for KING ROOF obtained from "https://www.taipeicycle.com.tw/zh_TW/exh/info.html?id=9DA5F040789C246CD0636733C6861689" on June 26, 2017 (Taiwan time). KING ROOF identifies its brand as "BN'B RACK **US** bear brand carrying frame" (emphasis added).

8. KING ROOF's main export market is the United States. Attached as Exhibit I is the KING ROOF company profile obtained from Taiwantrade's website "https://www.taiwantrade.com/company/king-roof-industrial-co-ltd-234.html" on June 24, 2017 (Taiwan time). For KING ROOF's company information to appear on the Taiwantrade website, KING ROOF must be a registered member and provide the information that appears. Taiwantrade is the official B2B site of Taiwan. Taiwantrade is organized by Taiwan's Bureau of Foreign Trade, Ministry of Economic Affairs and

OMNIBUS DECL. OF JOSEPH A. BRUCE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:17-CV-03845-GW(MRWX)

3

operated by the Taiwan External Trade Development Council, the nation's largest nonprofit trade promotion organization.

9. KING ROOF has routinely attended trade shows in the U.S. Attached as Exhibit J is a true and correct copy of the Interbike Exhibitor List obtained from "http://www.interbike.com/" for the 2016 trade show in Los Vegas showing KING ROOF exhibited at booth number 7237. Attached as Exhibit K is a true and correct copy of the Interbike Exhibitor List obtained from "https://issuu.com/interbikeexpo/docs/ib12__event_guide_all" for the 2012 trade show in Los Vegas showing KING ROOF exhibited at booth number 24069.

10. Plaintiffs have appeared previously before this Court in the matter of King Sheng Co., Ltd. vs. Curt Manufacturing, LLC, case number 2:16-cv-03244 GW (MRWx) concerning the same U.S. patent no. 7,240,816 alleged in the current lawsuit and involving Curt models 18084 and 18086. In response to Plaintiffs' discovery requests, Curt Manufacturing identified KING ROOF and Mr. Jason Shen as persons in possession of documents and information concerning Curt Manufacturing models 18084 and 18086. In its verified response, Curt stated "Documents regarding the volume of Infringement Contention Products **manufactured by King Roof Industrial Co and sold to CURT** will be produced." Defendant Curt's Responses to First Set of Interrogatories, p.11:3-5 (*emphasis added*).

11. Attached as Exhibit L is a true and correct copy of the U.S. Department of State website "https://travel.state.gov/content/travel/en/legal-considerations/judicial/country/taiwan.html" concerning Taiwan. The U.S. Department of State clearly shows in red lettering that Taiwan is not a member of the Hague Convention. The U.S. Department of State also informs in relation service of process: "Service of process in Taiwan can be effected by **international registered mail/return receipt requested; by agent, generally a local attorney**" (*emphasis added*).

OMNIBUS DECL. OF JOSEPH A. BRUCE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:17-CV-03845-GW(MRWX)

4

12. Plaintiffs affected service on KING ROOF in two ways, by personal service and by FedEx, in accordance with the guidelines set out by the U.S. Department of State and FRCP Rule 4. I, Joseph A. Bruce, am member of the Taiwan Bar and have law offices in Taichung, Taiwan. On May 26, 2017 (Taiwan time), Mr. Chun-Fan Wang an agent retained by me affected personal service on King Roof Industrial Co. Ltd. The affidavit of Mr. Wang concerning proof of service appears as ECF No. 13 and is notarized by the Notary Public Office of the Taiwan Taichung District Court. Mr. Wang provided the documents to Ms. Qiu-Wei Chen identified herself as a King Roof general manager and stated she was authorized to accept service of legal documents on behalf of King Roof's President Ms. Christina Chang. On May 26, 2017, my employee Mr. Philip J. Slates served King Roof Industrial Co. Ltd. via FedEx. Mr. Slates' proof of service appears as ECF No. 12-1.

13. Attached as Exhibit M is a true and correct copy of the Hague Conference on Private International Law's website "https://www.hcch.net/en/instruments/conventions/status-table/?cid=17" concerning member states signed to the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. Taiwan (Republic of China) is not a member of the Hague Convention.

14. I am member of the Taiwan Bar and have law offices in Taichung, Taiwan. I am familiar with Taiwan laws regarding service of process in Taiwan. Attached as Exhibit N is a true and correct copy of the latest revision of the complete Taiwan Code of Civil Procedure obtained from "http://law.moj.gov.tw/Eng/LawClass/LawAll.aspx?PCode=B0010001" on June 26, 2017 (Taiwan time). Chapter IV concerning Litigation Proceedings, Section 1 Pleadings, Article 131 states "In an action regarding a business, service may be effectuated upon the manager." On May 26, 2017 (Taiwan time), Plaintiffs served King Roof's general manager who stated she was authorized to accept service of legal

OMNIBUS DECL. OF JOSEPH A. BRUCE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:17-CV-03845-GW(MRWX)

5

documents on behalf of King Roof's President Ms. Christina Chang. Taiwan Code of Civil Procedure does not require translation of documents into Chinese.

15. Attached as Exhibit O is a true and correct copy of Defendant's counsel's website "https://www.hankinpatentlaw.com/services/the-hague-convention-expertise/" visited on June 26, 2017 (Taiwan time).

16. Plaintiffs are also the owner of the Taiwan Patent No. I222941. The scope of Plaintiffs Taiwan patent differs from that of U.S. '816 patent. On February 10, 2017, Plaintiffs initiated a lawsuit against Defendant in the Taiwan Intellectual Property Court on the basis of willful infringement of Plaintiffs' Taiwan patent.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 26th, 2017 (Pacific Time) in Taichung, Taiwan.

*Joseph A. Bruce*
Joseph A. Bruce

OMNIBUS DECL. OF JOSEPH A. BRUCE ISO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
CASE NO. 2:17-CV-03845-GW(MRWX)

6