Marc E. Hankin (SBN: 170505)
Marc@HankinPatentLaw.com
Anooj Patel (SBN: 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90025
Tel: (310) 979-3600
Fax: (310) 979-3603

Attorneys for Defendant,
**KING ROOF INDUSTRIAL CO. LTD.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| King Shen Co., LTD., a Taiwan Corporation, and David Tsai, an individual,<br><br>Plaintiff,<br><br>v.<br><br>King Roof Industrial Co. Ltd., a Taiwan Corporation,<br><br>Defendant. | CASE No. 2:17-cv-03845 GW (MRWx)<br><br>Assigned Judge: Hon. George Wu<br><br>**OMNIBUS SUPPLEMENTAL DECLARATION OF JASON SHEN IN SUPPORT OF DEFENDANT KING ROOF INDUSTRIAL CO. LTD.'S:<br>(1) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION;<br>(2) MOTION TO QUASH FOR IMPROPER SERVICE; AND<br>(3) MOTION TO DISMISS FOR FORUM NONCONVENIENS**<br><br>Date: July 23, 2017<br>Time: 8:30 am<br>Courtroom: 9D, 9th Floor, 350 West 1st Street, Los Angeles, CA 90012 |

I, JASON SHEN, in support of Defendant King Roof Industrial Co. Ltd.'s ("King Roof" or "Defendant") Motion To Dismiss For Lack Of Personal Jurisdiction; Motion To Quash for Improper Service; And Motion To Dismiss For Forum *Non-Conveniens* as to Plaintiff King Sheng Co., LTD., and David Tsai's ("King Shen" or "Plaintiff") Complaint for the reasons set forth herein, declare and state as follows:

1. I am the Vice President of King Roof Industrial Co., Ltd., a Taiwan

- 1 -

1  Company. I am over the age of eighteen and am competent to testify to the facts as
2  stated below. Unless otherwise stated herein, I make this Declaration based upon my
3  personal knowledge. I make this Declaration in support of Defendant. If called as a
4  witness, I could and would testify competently to the matters stated herein.

5      2. King Roof sells products, some of which are the Accused Products, on a Free
6  On Board ("FOB"), sometimes referred to as Freight On Board, basis in Taichung,
7  Taiwan. FOB means that the seller delivers the goods on board the vessel nominated
8  by the buyer at the named port of shipment or procures the goods already so
9  delivered. The risk of loss of or damage to the goods passes when the goods are on
10 board the vessel, and the buyer bears all costs from that moment onwards.

11     3. A true and correct copy of the ICC website defining FOB is attached hereto as
12 Exhibit A.

13     4. A true and correct copy of invoices showing that goods sold by King Roof are
14 sold on an FOB basis in Taichung Taiwan is attached hereto as Exhibit B.

15     5. King Roof sells products on an FOB basis. King Roof finds a customer, and
16 King Roof then handles logistics of moving the products from King Roof's factory to
17 the Taichung Port, Taiwan. The goods are then loaded onto a ship, picked up by the
18 customer's appointed shipping company in Taichung Port, Taiwan, and King Roof
19 then surrenders the Bill of Lading to the customer, which means the ownership of the
20 goods are transferred to the customer.

21     6. While King Roof owns U.S. Trademark Registration No. 3827805 for BN'B
22 RACK ("BN'B RACK"), this Trademark is wholly irrelevant to the current litigation,
23 and is not actually evidence of King Roof directly selling goods in the United States.
24 King Roof made sales of products branded under BN'B RACK to a Canadian
25 company "Ignition" in 2012, FOB in Taichung, Taiwan. Because King Roof found
26 that goods branded under BN'B RACK were being re-sold in the United States, King
27 Roof thought that having a U.S. Trademark would help deter counterfeiters, but King
28

Roof has not actually sold the products branded under BN'B RACK in the United States directly. At that time, King Roof did not have U.S. Trademark Counsel, and was unaware that ownership of a U.S. Trademark would require that the owner actually sell or offer for sale products in the United States. Accordingly, because the BN'B RACK Trademark was improperly owned by King Roof, King Roof will proceed to expressly abandon the BN'B RACK Registration. Additionally, to the extent that BN'B RACK might demonstrate King Roof has activity in the United States, the sales of BN'B RACK are not continuous and systematic, nor are the goods sold under BN'B RACK implicated in the present litigation.

7. Any purchase of goods bearing the BN'B RACK Mark through Amazon.com must have been made from Ignition or one of its re-sellers, over whom King Roof has no influence or control as to where the goods are sold.

8. Ms. Chen, the person who received the documents from the Process Server, is not a General Manager of King Roof. Ms. Chen is a member of the accounting department at King Roof.

I declare under penalty of perjury under the laws of California and the United Statesthat the foregoing is true and correct. Executed this 3rd day of July 2017, at Taichung City, Taiwan.

_____
Jason Shen

# Exhibit A

Home (https://iccwbo.org/) / Resources for business (https://iccwbo.org/resources-for-business/) / Incoterms® rules (https://iccwbo.org/resources-for-business/incoterms-rules/) / Incoterms® rules 2010

# Incoterms® rules 2010

The Incoterms® rules have become an essential part of the daily language of trade. They have been incorporated in contracts for the sale of goods worldwide and provide rules and guidance to importers, exporters, lawyers, transporters, insurers and students of international trade.

Below are short descriptions of the 11 rules from the Incoterms® 2010 edition. These should be read in the context of the full official text of the rules which can be obtained from the **ICC Store (http://store.iccwbo.org/incoterms-2)**.

These extracts can be reproduced provided that the source is cited and a link to the ICC Store is mentioned. More information available on the **dedicated page (https://iccwbo.org/resources-for-business/incoterms-rules/incoterms-rules-copyright/)**.

**RULES FOR ANY MODE OR MODES OF TRANSPORT**

- EXW Ex Works

"Ex Works" means that the seller delivers when it places the goods at the disposal of the buyer at the seller's premises or at another named place (i.e.,works, factory, warehouse, etc.). The seller does not need to load the goods on any collecting vehicle, nor does it need to clear the goods for export, where such clearance is applicable.

- FCA Free Carrier

"Free Carrier" means that the seller delivers the goods to the carrier or another person nominated by the buyer at the seller's premises or another named place. The parties are well advised to specify as clearly as possible the point within the named place of delivery, as the risk passes to the buyer at that point.

Cookies help us deliver our services. By using our services, you agree to our use of cookies. ACCEPT Learn r

Exhibit A

"Carriage Paid To" means that the seller delivers the goods to the carrier or another person nominated by the seller at an agreed place (if any such place is agreed between parties) and that the seller must contract for and pay the costs of carriage necessary to bring the goods to the named place of destination.

- CIP Carriage And Insurance Paid To

"Carriage and Insurance Paid to" means that the seller delivers the goods to the carrier or another person nominated by the seller at an agreed place (if any such place is agreed between parties) and that the seller must contract for and pay the costs of carriage necessary to bring the goods to the named place of destination.

'The seller also contracts for insurance cover against the buyer's risk of loss of or damage to the goods during the carriage. The buyer should note that under CIP the seller is required to obtain insurance only on minimum cover. Should the buyer wish to have more insurance protection, it will need either to agree as much expressly with the seller or to make its own extra insurance arrangements."

- DAT Delivered At Terminal

"Delivered at Terminal" means that the seller delivers when the goods, once unloaded from the arriving means of transport, are placed at the disposal of the buyer at a named terminal at the named port or place of destination. "Terminal" includes a place, whether covered or not, such as a quay, warehouse, container yard or road, rail or air cargo terminal. The seller bears all risks involved in bringing the goods to and unloading them at the terminal at the named port or place of destination.

- DAP Delivered At Place

"Delivered at Place" means that the seller delivers when the goods are placed at the disposal of the buyer on the arriving means of transport ready for unloading at the named place of destination. The seller bears all risks involved in bringing the goods to the named place.

- DDP Delivered Duty Paid

"Delivered Duty Paid" means that the seller delivers the goods when the goods are placed at the disposal of the buyer, cleared for import on the arriving means of transport ready for unloading at the named place of destination. The seller bears all the costs and risks involved in bringing the goods to the place of destination and has an obligation to clear the goods not only for export but also for import, to pay any duty for both export and import and to carry out all customs formalities.

**RULES FOR SEA AND INLAND WATERWAY TRANSPORT**

- FAS Free Alongside Ship

**Cookies help us deliver our services. By using our services, you agree to our use of cookies.**



ACCEPT    Learn r

Exhibit A

"Free Alongside Ship" means that the seller delivers when the goods are placed alongside the vessel (e.g., on a quay or a barge) nominated by the buyer at the named port of shipment. The risk of loss of or damage to the goods passes when the goods are alongside the ship, and the buyer bears all costs from that moment onwards.

- FOB Free On Board

"Free On Board" means that the seller delivers the goods on board the vessel nominated by the buyer at the named port of shipment or procures the goods already so delivered. The risk of loss of or damage to the goods passes when the goods are on board the vessel, and the buyer bears all costs from that moment onwards.

- CFR Cost and Freight

"Cost and Freight" means that the seller delivers the goods on board the vessel or procures the goods already so delivered. The risk of loss of or damage to the goods passes when the goods are on board the vessel. the seller must contract for and pay the costs and freight necessary to bring the goods to the named port of destination.

- CIF Cost, Insurance and Freight

"Cost, Insurance and Freight" means that the seller delivers the goods on board the vessel or procures the goods already so delivered. The risk of loss of or damage to the goods passes when the goods are on board the vessel. The seller must contract for and pay the costs and freight necessary to bring the goods to the named port of destination.
'The seller also contracts for insurance cover against the buyer's risk of loss of or damage to the goods during the carriage. The buyer should note that under CIF the seller is required to obtain insurance only on minimum cover. Should the buyer wish to have more insurance protection, it will need either to agree as much expressly with the seller or to make its own extra insurance arrangements."

## Related page



(https://iccwbo.org/publication/incoterms-rules-2010/)

**The Incoterms® rules 2010 (https://iccwbo.org/publication/incoterms-rules-2010/)**

**The Incoterms® rules have become an essential part of the daily language of trade. They have been incorporated in contracts for the sale of goods worldwide and provide rules and guidance to importers, exporters, lawyers, transporters, insurers and students of international trade. Here are main features of the Incoterms® 2010 rules.**

(https://iccwbo.org/publication/incoterms-rules-2010/)

(https://cdn Introductio

Cookies help us deliver our services. By using our services, you agree to our use of cookies.

ACCEPT   Learn m

Exhibit A

LinkedIn 11

Facebook 0

Twitter 0

Cookies help us deliver our services. By using our services, you agree to our use of cookies.

ACCEPT    Learn more

Exhibit A

# Exhibit B

## KING ROOF INDUSTRIAL CO.,LTD
NO78-2 ERH-KANG ROAD,WAIPU HSIEN TAICHUNG COUNTY ,TAIWAN
TEL:(04)2686-8900 FAX(04)2686-8660

## INVOICE

**NO.KR 12-197 (IGNITION)**　　　　　　　　　　　　　　　　DATE:JUN 25, 2012

INVOICE OF BIKE CARRIER AND ACCESSORIES

SHIPPED PER :**S/S NORTHERN JAMBOREE  V.2E**  from Taichung , Taiwan to TORONTO,CANADA
　　　　　　　and will sail on or about JUN 28 ,2012

FOR ACCOUNT AND RISK OF M/S :
IGNITION PRODUCTS
8-352 Bayly St W , Ajax, Ontario, L1S 1P1
Tel: 1-905-683-3785
PAYMENT:PLS WIRE TRANSFER THE INVOICE FULL AMOUNT TO OUR A/C ███████████████████,
███████████████████████████████████████████████████████████████,
SWIFT CODE ███████████,ACCOUNT NAME: KING ROOF INDUSTRIAL CO.,LTD. A/C NO ███████

| ITEM | QUANTITY | UNIT PRICE/USD | TOTAL AMOUNT |
|---|---|---|---|
| BC-6301-3E | 120 | ███ | ███ |
| BC-6420-3PS | 150 | ███ | ███ |
| BC-6418-3KN | 201 | ███ | ███ |
| BC-8409-2PN | 21 | ███ | ███ |
| BC-7826-4 | 200 | ███ | ███ |
| BC-7621-2 | 200 | ███ | ███ |
| BC-7621-E | 100 | ███ | ███ |
| BC-7630-2 | 1 | ███ | ███ |
| RR-1512 | 20 | ███ | ███ |
| AP-527 | 96 | ███ | ███ |
| AP-3665 | 50 | ███ | ███ |
| AP-3857 | 50 | ███ | ███ |
| AP-3908. | 48 | ███ | ███ |
| AP-3914 | 48 | ███ | ███ |
| AP-3908. | 2 | ███ | ███ |
| AP-3914 | 2 | ███ | ███ |
| DM (FOC) | 2000 | ███ | ███ |
| TOTAL | 3309PCS | TOTAL FOB TAICHUNG  US$ | ███ |

VVVVVVVVVVVV

SAY U.S. DOLLARS ███████████████████████████████

BRAND: BN'B RACK
THESE PRODUCTS ARE MADE IN TAIWAN
CONTR NO.1×40'HQ   OOLU8393703

Kingroof Industrial Co., Ltd
••••••••••••••••••••••••••••
Authorized signature

Exhibit B