Chia-li Bruce (SBN 252876)
cshih@BruceStone.us
BRUCE STONE LLP
425 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 230-4343
Facsimile: (415) 236-6060

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| King Shen Co., LTD., a Taiwan Corporation, and David Tsai, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>King Roof Industrial Co. Ltd., a Taiwan Corporation<br><br>                    Defendant. | Case No.: CV 17-3845-GW(MRWx)<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S REQUEST TO THE CLERK TO PERFECT SERVICE** |

On June 27, 2017, Plaintiff requested the Clerk of the Court to perfect service under Federal Rules of Civil Procedure 4(h)(2) and 4(f)(2)(c)(ii) on the following defendant at the address listed:

King Roof Industrial Co. Ltd.
Attention: Ms. Christina Chang, President
No. 75, Ln. 100, Shuitou 1st Rd., Wai Pu Dist.,
Taichung, City, 43856, Taiwan

The following documents are submitted to chambers: copies of the (1) Summons; (2) Complaint and Exhibits 1 & 2; (3) Plaintiff's Corporate Disclosure Statement; (4) Civil Cover

Sheet; (5) Certification and notice of interested Parties; (6) Report on the Filing or Determination of an Action Regarding A Patent or Trademark; (7) Notice to Parties of Court-Directed ADR Program to be served. Having considered that the defendant is a foreign corporation and resides in a country that is NOT a signatory to an international agreement regarding service with the United States, pursuant to F.R.C.P. Rule 4(h)(2) and 4(f)(2)(c)(ii), the Court hereby grants the request.

IT IS SO ORDERED.

Dated: July 19, 2017

_____
GEORGE H. WU, U.S. District Judge