1
2

JS-6

3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 KING SHEN CO., LTD., et al., | Case No.  CV 17-3845-GW-MRWx |
| 12 Plaintiffs, | |
| 13 v. | **ORDER TO DISMISS WITH PREJUDICE** |
| 14 KING ROOF INDUSTRIAL CO. LTD., | |
| 15 | |
| 16 Defendant. | |
| 17 | |

18

    Based upon the stipulation between the parties and their respective counsel,

19
20

it is hereby ORDERED:

21

    1.    All claims brought by Plaintiff are dismissed with prejudice in their

22

entirety.

23

    2.    All counterclaims brought by Defendant are dismissed with prejudice

24

in their entirety.

25

    3.    U.S. Patent No. 7,240,816 has been affirmed as invalid by the United

26

States Court of Appeal for Federal Circuit. Neither of the Plaintiffs, and none of

27

their respective successors and/or assigns, will seek any further review or appeal of

28

the ruling that U.S. Patent No. 7,240,816 is invalid.

4.      Each of the parties shall bear its and his own respective attorney fees and costs in connection with the above captioned action and in connection with Ex Parte Reexamination Proceedings Control Nos. 90/013961 and 90/014080 before the United States Patent and Trademark Office and all related appeals.

IT IS SO ORDERED.

Dated: February 17, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE